**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

GREGORY WILLIAMS,

Plaintiff, No. 2:26-cv-688

v.

TRANSPARENT INFORMATION SERVICES, LLC,

Defendant.

**AGREED ORDER**

Upon consideration of Defendant Transparent Information Services, LLC's ("Defendant") Consent Motion for Extension of Time for Defendant to File Responsive Pleadings to Complaint, it is hereby:

ORDERED, ADJUDGED, AND DECREED that good cause exists pursuant to Rule 6 of the Federal Rules of Civil Procedure to grant Defendant the requested extension of time to file responsive pleadings to Plaintiff's Complaint, and that such motion is unopposed;

IT IS FURTHER ORDERED that Defendant's Consent Motion for Extension of Time for Defendant to File Responsive Pleadings to Complaint is GRANTED; and

IT IS FURTHER ORDERED that Defendant shall file its responsive pleadings to Plaintiff's Complaint on or before August 20, 2026.

IT IS SO ORDERED.

/s/
Douglas E. Miller
United States Magistrate Judge

August 7, 2026

Douglas E. Miller
United States Magistrate Judge

/Duncan G. Byers/
Duncan G. Byers (VSB # 48146) Gordon
Rees Scully Mansukhani, LLP 5425
Discovery Park Boulevard, Suite 200
Williamsburg, VA 23188
(757) 903-0879 (phone)
(757) 401-6670 (facsimile)
dbyers@grsm.com
*Counsel for Defendant*

/Ian E. Vance/
Ian E. Vance (VSB # 88062) MAGINNIS
HOWARD
7706 Six Forks Road, Suite 101 Raleigh,
North Carolina 27615
Tel: 919-526-0450
Fax: 919-882-8763
ivance@carolinalaw.com

Kyle Kaufman
Louisiana Bar Roll No. 39232
Raburn Kaufman, LLC
8570 Anselmo Lane
Baton Rouge, Louisiana 70810
kkaufman@raburnkaufman.com
Telephone: 225-412-2777

Jonathan Raburn
Louisiana Bar Roll No. 28728
Raburn Kaufmnan, LLC
8570 Ansehno Lane
Baton Rouge, Louisiana 70810
jraburn@raburnkaufman.com Telephone:
225-412-2777

*Counsel for Plaintiff*